UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

SUSAN LLOYD,                                         :
        Plaintiff,                          :
                                            :
        v.                                  :     No. 5:25-cv-5171
                                            :
PENNSYLVANIA STATE BOARD OF                          :
VETERINARY MEDICINE;                                 :
MICHELLE ROBERTS, *VET BOARD*                         :
*ADMINISTRATOR*; ASHLEY KEEFER;                      :
and PAUL JARABECK,                                   :
        Defendants.                         :

_____

# O R D E R

**AND NOW**, this 27th day of March, 2026, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED:**

1.     The Motion to Dismiss, ECF No. 16, is **GRANTED**.  All claims against the individual defendants Roberts, Keefer, and Jarabeck are dismissed with prejudice.  All claims against the Pennsylvania State Board of Veterinary Medicine are dismissed with prejudice in this Court, but Count I (Sunshine Act) is dismissed without prejudice to be refiled in the appropriate state court.  Lloyd is directed to consult 42 Pa. Cons. Stat. Ann. § 5103(b)(1) about any procedures she may need to follow to preserve the timeliness of this claim.

2.     The Amended Complaint, ECF No. 13, is **DISMISSED with prejudice**.

3.     This case is **CLOSED**.

               BY THE COURT:


               */s/ Joseph F. Leeson, Jr.*_____
               JOSEPH F. LEESON, JR.
               United States District Judge